```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA L. HAGEN, Individually   :     CONSOLIDATED UNDER
and as Executrix of the        :     MDL 875
Estate of MALCOLM HAGEN,       :
                               :
       Plaintiff,              :     CIVIL ACTION
                               :     NO. 07-63346
       v.                      :
                               :
BENJAMIN FOSTER CO., et al.,   :
                               :
       Defendants.             :
```

## O R D E R

AND NOW, this **24th** day of **September 2010,** it is hereby

**ORDERED** that Plaintiff's motion to remand (doc. no. 41) is

**DENIED.**


      **AND IT IS SO ORDERED.**


           **S/Eduardo C. Robreno**

           **EDUARDO C. ROBRENO, J.**